# IN THE SUPREME COURT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | No. 720 |
| | : | |
| APPOINTMENT TO ORPHANS' | : | SUPREME COURT RULES |
| | : | |
| COURT PROCEDURAL RULES | : | |
| | : | |
| COMMITTEE | : | |

## ORDER

**PER CURIAM**

AND NOW, this 14th day of December, 2016, the Honorable Emil A. Giordano, Northampton County, is hereby appointed as a member of the Orphans' Court Procedural Rules Committee for a term of three years commencing January 1, 2017.